IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gary Mosher, | § | |
|     Plaintiff, | § | |
| V. | § | C.A. No. H-08-2105 |
| | § | |
| Cindy Keanster, et al, | § | |
|     Defendant. | § | |

## ORDER

On November 17, 2008, Magistrate Judge Stephen Wm Smith conducted a Rule 16 Scheduling Conference in the above-referenced cause. As all parties failed to appear at the Rule 16 Scheduling Conference, the Court

DISMISSES the above-referenced cause for WANT OF PROSECUTION.

SIGNED at Houston, Texas, on this the __18__ day of December, 2008.

_____
DAVID HITTNER
United States District Judge