IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gary Mosher, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION: H-08-2105 |
| Cindy Keanster, et al, | § § | |
| Defendants. | § § | |

### ORDER

IT IS HEREBY ORDERED

That the above referenced case is re-opened. This case is set for a Rule 16 Scheduling Conference on October 8, 2009 at 9:45 a.m. Plaintiff may appear by telephone and must provide the court with his current telephone number.

Signed this **22** day of September, 2009.

_____
David Hittner
United States District Judge