UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gary Mosher, | § § § | |
| V. | § § | CIVIL ACTION NO. H-08-2105 |
| Cindy Keanster, et al, Defendant. | § § § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings, including the October 22, 2009 scheduling conference date, are vacated.

Signed on the ___8___ day of October, 2009.

DAVID HITTNER
United States District Judge