# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2011

Lyle W. Cayce
Clerk

No. 10-20492
Summary Calendar

D.C. Docket No. 4:08-CV-2105

UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 02 2011

David J. Bradley, Clerk of Court

GARY MOSHER,

    Plaintiff - Appellant

v.

CINDY KEANSTER; DOUGLAS JONES; JUAN GUTIERREZ-GARRALDA; JOHN DOES,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before KING, DeMOSS, and DENNIS, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 2 8 2011

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana

APR 2 8 2011